United States District Court
Southern District of Texas

**ENTERED**

March 24, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHLOE VERNELL EVANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00084 |
| | § | |
| LEGACY AT CORSICANA | § | |
| REHABILITATION AND | § | |
| HEALTHCARE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

Plaintiff Chloe Vernell Evans, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a pretrial detainee at the Limestone County Sheriff's Office in Groesbeck, Texas.  Plaintiff complains in this action about certain Limestone Sheriff's Office policies and Limestone County personnel conspiring to violate her First, Fourth, Sixth, and Fourteenth Amendment rights.  (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

Most of the events forming the basis of Plaintiff's complaint occurred at the Limestone County Sheriff's Office, which is located in Limestone County, Texas.  Plaintiff primarily seeks to hold Limestone County officials responsible for the alleged unconstitutional policies impacting her.  None of the named defendants reside in the Corpus Christi Division of the Southern District of Texas.  Overall, there is no nexus to the Corpus Christi Division.  Because the Limestone Sheriff's Office is located within the Waco Division of the Western District of Texas, the interests of justice would be served by a transfer to that court. *See* 28 U.S.C. § 124(d)(2).

Accordingly, it is **ORDERED** that this case including, all pleadings and motions filed therein, be transferred to the United States District Court for the Western District of Texas, Waco Division. The Clerk of Court is directed to **CLOSE** this case in this division.

ORDERED on March 24, 2026.

_____
Julie K. Hampton
United States Magistrate Judge